# Court of Appeals
# of the State of Georgia

ATLANTA,    July 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1805. DEROCHE v. THE STATE.**

It appearing that appellant is asserting a claim of ineffective assistance of counsel against her trial defense counsel;

It further appearing that appellant is requesting this appeal be remanded to the trial court for an evidentiary hearing on this issue;

Accordingly, the appellant's Motion to Remand is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/24/2014
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*